RAWLEIGH, MOSES & CO., INC., a corporation, Appellant,

v.

Herbert MARTIN, Jr., and William Leo McNeil, Appellees.

No. 74–1486.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 7, 1975.

Decided Jan. 13, 1975.

David K. Breed, St. Louis, Mo., for appellant.

Claude W. McElwee, Jr., St. Louis, Mo., for appellees.

Before GIBSON, Chief Judge, and HEANEY and ROSS, Circuit Judges.

PER CURIAM.

Upon a careful consideration of the record, the briefs and the oral arguments of the parties, the Court has concluded that the judgment of the district court is based upon findings that are not clearly erroneous, that no error of law appears and that an opinion by this Court would have no precedential value. For these reasons the judgment appealed from is hereby affirmed on the basis of the opinion of the trial court. Rawleigh, Moses & Co. v. Martin, 376 F.Supp. 107 (E.D. Mo.1974). See Rule 14 of the Rules of this Court.

SECURITIES AND EXCHANGE COMMISSION, Plaintiff-Appellee,

v.

GENERAL HOST CORPORATION et al., Defendants,

Seymour M. Lazar, Appellant.

No. 34, Docket 73–2617.

United States Court of Appeals, Second Circuit.

Argued Jan. 9, 1975.

Decided Jan. 10, 1975.

Paul C. Warnke, Washington, D. C. (George Rowe, Jr., New York City, on the brief), for appellant.

Paul Gonson, Asst. Gen. Counsel, Securities and Exchange Commission (Lawrence E. Nerheim, David Ferber, and Thomas L. Taylor III, Securities and Exchange Commission, on the brief), for plaintiff-appellee.

Before KAUFMAN, Chief Judge, and SMITH and TIMBERS, Circuit Judges.

PER CURIAM:

We believe that Judge Weinfeld correctly interpreted rule 13(g) of the Federal Rules of Civil Procedure in light of the considerations expressed in our decision in SEC v. Everest Management Corp., 475 F.2d 1236 (2d Cir. 1972). Accordingly, we affirm on his opinion, 60 F.R.D. 640 (S.D.N.Y.1973).